IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA THE FIRST, | : | |
| *For Regina Mercedes Guyton*, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2534 |
| | : | |
| EQIFAX INFORMATION | : | |
| SERVICES, LLC, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of June, 2018, upon consideration of Plaintiff Regina Mercedes Guyton's renewed Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 5) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Guyton's Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8 of the Federal Rules of Civil Procedure, for the reasons set forth in the Court's Memorandum.

3. Guyton is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event she can cure the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body of the amended complaint, and shall describe in detail the basis for Guyton's claims against each Defendant. Upon the filing of any amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

4. The Clerk of Court is **DIRECTED** to provide Guyton with one (1) copy of this Court's current standard form to be used by a non-prisoner *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5. If Guyton fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**